AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2020

SEAN F. McAVOY, CLERK

ASHTON THOMAS,

_____
*Plaintiff*

v.

ALFREDO CRUZ, JASON TACKETT, CARIANNE
SHUSTER, JEFFREY UTTECHT, JOSEPH LEE, and
COYOTE RIDGE CORRECTIONS CENTER,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:19-cv-05251-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Plaintiff Ashton Thomas's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), (ECF No. 13)
GRANTED.
Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    ROSANNA MALOUF PETERSON _____ .

Date:  06/10/2020 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Allison Yates _____
*(By) Deputy Clerk*

Allison Yates _____